MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone:  (510) 637-3740
Facsimile:  (510) 637-3724
E-Mail:       Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00683-DLJ |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE |
| v. | |
| TRACY LEE CARSON, | |
| Defendant. | |

     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through her attorney, Andrew Dosa, that the initial appearance currently set for October 13, 2010, be continued to October 18, 2010 at 10:00 a.m. The reason for the scheduling change is to accommodate the government's and defense counsel's schedules.

IT IS SO STIPULATED:

Dated: October 12, 2010

                                     /S/
                             ANDREW DOSA
                             *Attorney for Defendant*

                                     /S/
                             JOSHUA HILL
                             Assistant United States Attorney

STIP & ORDER TO CONT. INITIAL APP.
No. CR-10-0683-DLJ                     -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the initial appearance in this matter now scheduled for October 13, 2010 is hereby rescheduled for October 18, 2010 at 10:00 a.m.

DATED: October 12, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIP & ORDER TO CONT. INITIAL APP.
No. CR-10-0683-DLJ                    -2-