1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

4 | JOSHUA HILL (CABN 250842)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612

7 | Telephone:  (510) 637-3740
Facsimile:  (510) 637-3724
E-Mail:       Joshua.Hill2@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-0683-DLJ |
|---|---|
| Plaintiff, | ) ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) |
| TRACY LEE CARSON, | ) |
| Defendant. | ) |

The parties appeared for an initial appearance on October 18, 2010. Following arraignment, the matter was continued to December 3, 2010 for further status. The government is in the process of producing voluminous discovery to defense counsel. Defense counsel will require time to review the discovery. In addition, defense counsel is scheduled to be in trial during November. Accordingly, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 18, 2010 and December 3, 2010 would unreasonably deny the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 18, 2010 and December 3, 2010 from computation under the Speedy

ORDER TO EXCLUDE TIME
CR-10-0683-DLJ

1  Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,
2  it is hereby ordered that the time between October 18, 2010 and December 3, 2010 shall be
3  excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and
4  (B)(iv).

6  DATED: October 19, 2010          _____
                                     HONORABLE DONNA M. RYU
                                     United States Magistrate Judge

ORDER TO EXCLUDE TIME
CR-10-0683-DLJ                          -2-