# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Report on Offender Under Supervision

**Name of Offender**
Tracy Lee Carson

**Docket Number**
CR 10-00683-001 DLJ

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
Senior United States District Judge

FILED
JUN ⬚ ⬚ 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Date of Original Sentence:** August 19, 2011

**Original Offense**
Count One: Bank Fraud, 18 U.S.C. § 1344, a Class B Felony.

This Petition has been assigned as a duty matter to the Honorable Claudia Wilken.

**Original Sentence:** Three (3) years probation

**Special Conditions:** alcohol treatment; drug treatment; abstain from alcohol; no employment in any capacity in which offender prepares real estate loans; cooperate with IRS; no new lines of credit or debt; access to financial information; 100 hours community service; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; location monitoring for a period of 12 months; restitution $671,000.00; special assessment $100.00.

**Type of Supervision**
Probation
**Assistant U.S. Attorney**
Joshua Hill

**Date Supervision Commenced**
August 19, 2011
**Defense Counsel**
Andrew Dosa (Retained)

## Petitioning the Court to Take Judicial Notice

### Cause

On August 19, 2011, Tracy Lee Carson, was sentenced by the Honorable D. Lowell Jensen, to three (3) years probation. At that time, Carson was also ordered to pay a special assessment of $100, and restitution in the amount of $671,000.00, to be paid in monthly amounts of $300. On March 9, 2012, the offender's conditions of probation were modified to include that she shall pay restitution in monthly amounts of $50.

RE: Carson, Tracy Lee 2
CR 10-00683-001 DLJ

On August 26, 2011, Carson conducted her initial intake in the Northern District of California in order to commence her term of probation. Since August 19, 2011, Carson has satisfied her special assessment, and has been making regular payments, of $300 when required, and when reduced, $50. Financial investigations have been conducted, and based on the information provided, it did not appear that Carson could afford to make payments in amounts more than the required $50. As of this date, Carson has an outstanding restitution balance of $667,850.

This is to provide notice that Carson is set to expire from probation on August 18, 2014, with outstanding criminal monetary penalties. It is this officer's recommendation that the Court take judicial notice of the unpaid restitution balance, and allow probation to expire as scheduled. Pursuant to 18 U.S.C. §3616(b), the defendant's liability to pay restitution will not terminate until the latter of 20 years from the entry of judgment, or 20 years from the defendant's release from prison, or death. Carson's judgment was entered on August 19, 2011.

Respectfully submitted,                          Reviewed by:

_____                        _____
Shadeequa M. Smith                               Amy Rizor
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: June 26, 2014

---

THE COURT ORDERS:

[x] The Court concurs and takes judicial notice
[ ] Submit a request to modify supervision
[ ] Submit a request for a warrant
[ ] Submit a request for summons
[ ] Other:

_____6/30/14_____                      _____
Date                                             Claudia Wilken
                                                 Chief United States District Judge

NDC-SUPV-FORM 12A 03/26/14